IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AHMAD FARHAD ELYASI,

    Petitioner,

v.                                      No. 1:26-cv-02457-KG-KRS

MARKWAYNE MULLIN, et al.,

    Respondents.

**ORDER TO ANSWER**

Petitioner Ahmad Farhad Elyasi filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on July 28, 2026. Doc. 1. He requests that the Court issue an order directing Respondents to Show Cause why the petition should not be granted, pursuant to 28 U.S.C. § 2243. Doc. 1. Having reviewed the Petition, the Court concludes that the claims must be resolved on a full record, including an answer from Respondents. Therefore, Petitioner's request that the Court issue an order to show cause is denied. *See Teran v. Bondi*, 2025 WL 3158150, at *2 (D.N.M.) ("Habeas Rule 4 grants a district judge discretion to set a time for respondents to answer or otherwise respond to the habeas petition."). The Court orders Respondents to file an answer within 10 business days of service of the Petition. Petitioner may file an optional reply within 7 days after the answer is filed. While this case remains pending, Respondents may only transfer Petitioner from the District of New Mexico to effectuate a final removal order.

                               /s/Kenneth J. Gonzales
                               CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.